AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

RECEIVED
FLORENCE

2012 OCT 17 P 3: 40

|  |  |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. 4:12 CR 806 - TER |
| Express Mail parcel El 079 938 437 US addressed to Jennifer Smith 1474 Log Cabin Rd Loris SC 29569 | ) |
| | ) |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ South Carolina ____
*(identify the person or describe the property to be searched and give its location)*:
Express Mail parcel El 079 938 437 US addressed to Jennifer Smith 1474 Log Cabin Rd Loris SC 29569 which is currently located at the US Postal Inspection Service office in North Charleston, SC

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Evidence of possessing a controlled substance with intent to distribute

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ___ Sept 28, 2012 ___
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.       ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Thomas E. Rogers, III, U. S. Magistrate Judge _____ .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____

Date and time issued:  September 18, 2012 11:25AM _____
*Judge's signature*

City and state:    Florence, SC _____          Thomas E. Rogers, III, U. S. Magistrate Judge
*Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** | | |
|---|---|---|
| *Case No.:* | *Date and time warrant executed:* September 19, 2012 1245 | *Copy of warrant and inventory left with:* USPS |
| *Inventory made in the presence of :* LR Moody, USPIS. & TJ Gosser, USPIS | | |
| *Inventory of the property taken and name of any person(s) seized:* Approx.  1 kilo of Cocaine 1 Surround Sound System Clothing items | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

*Date:* 9-19-2012

LR Moody
*Executing officer's signature*

LR Moody  US Postal Inspector
*Printed name and title*